IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED LEON JACKSON JR.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES D. LEE et al,<br><br>Defendants. | Case No. C 05-04110 JF (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR A SIXTY-DAY EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

Defendants have filed a request for a sixty-day extension of time, up to and including December 19, 2008, to file their summary-judgment motion or other dispositive motion. The Court has read and considered Defendants' request, and good cause appearing,

IT IS ORDERED that Defendants' request for a sixty-day extension of time is granted. Defendants shall file a motion for summary judgment or other dispositive motion by December 19, 2008. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than thirty days from the date Defendants' motion is filed. Defendants shall file a reply brief no later than fifteen days after Plaintiff's opposition is filed.

IT IS SO ORDERED.

Dated: 10/21/08

The Honorable Jeremy Fogel
U.S. District Court Judge

[Proposed] Order Granting 60-Day EOT to File Dispositive Mot.    F L. Jackson v. Lee. et al.
Case No. C 05-04110 JF (PR)

1